IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

LORI ANDREWS and
JEREMY ANDREWS, her husband,

*and*

CRYSTAL ROSETTA,

           Plaintiffs,

vs.                                   Civil Action No.: 5:06CV112
                                     (Chief Judge Keeley)

UNITED PARCEL SERVICE, INC.,

*and*

JEFFREY W. LITTLE,

           Defendants.

## ORDER

On the July 5, 2007, Defendants filed a Motion to Compel Rule 35 Examinations [Docket Entry 43]. On July, 18 2007, Plaintiffs filed their Response in Opposition to Defendants' Motion to Compel Rule 35 Examinations [Docket Entry 46]. Defendants reply to Plaintiffs' response is due on or before July 25, 2007.

The Court, hereby, schedules Defendants' Motion to Compel Rule 35 Examinations for **telephonic hearing on Thursday, July 26, 2007, at 10:30 a.m.** Defendants' counsel shall initiate the telephone call by contacting Plaintiffs' counsel at (304) 232-8888 and this Court at (304) 622-1516.[1]

It is so **ORDERED**.

---

[1] If appropriate and necessary, Thomas E. Buck, counsel for Motorists Mutual Insurance Company, can be connected to the telephonic hearing at (304) 233-3100.

The Clerk is directed to provide a copy of this Order to counsel of record.

DATED: July 20, 2007.

/s/ John S. Kaull
JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE