IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

LORI ANDREWS and
JEREMY ANDREWS, her husband,

*and*

CRYSTAL ROSETTA,

                    Plaintiffs,

*vs.*                                                    Civil Action No.: 5:06CV112
                                                         (Chief Judge Keeley)

UNITED PARCEL SERVICE, INC.,

*and*

JEFFREY W. LITTLE,

                    Defendants.

## ORDER

On the July 5, 2007, Defendants filed a Motion to Compel Rule 35 Examinations [Docket

Entry 43]. On July, 18 2007, Plaintiffs filed their Response in Opposition to Defendants' Motion

to Compel Rule 35 Examinations [Docket Entry 46]. On July 20, 2007, the Court set the motion

to compel for telephonic hearing for Thursday, July 26, 2007 [Docket Entry 48]. Defendants United

Parcel Service, Inc., and Jeffrey W. Little's Reply Brief in Support of Their Motion to Compel Rule

35 Examination was filed on July 25, 2007 [Docket Entry 49].

On July 26, 2007, Defendant filed a Motion for Leave to Withdraw Motion to Compel

Independent Medical Examination, asserting therein that Plaintiffs' counsels has agreed

that Plaintiffs will attend the previously scheduled IME [Docket Entry 50].

Upon consideration of all which, the Court, hereby, **GRANTS** Defendants' Motion to Leave

to Withdraw Motion to Compel Independent Medical Examination [Docket Entry 50] and **ORDERS**

that Defendants' Motion to Compel Rule 35 Examinations [Docket Entry 43] be **DENIED**, as moot.

The Clerk is directed to provide a copy of this Order to counsel of record.

DATED: July _26_, 2007.

JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE