IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

LORI ANDREWS and
JEREMY ANDREWS, her husband,

*and*

CRYSTAL ROSETTA,

                Plaintiffs,

*vs.*                                  Civil Action No.: 5:06CV112
                                            (Chief Judge Keeley)

UNITED PARCEL SERVICE, INC.,

*and*

JEFFREY W. LITTLE,

                Defendants.

## ORDER/OPINION

On September 14, 2007, a Joint Motion to Continue Discovery Cutoff an Additional Two Weeks was filed [Docket Entry 75]. In the joint motion, the parties assert that Drs. Barton Hershfield, Nancy Sukys, and Nagi Mekhail are not available between the October 1, 2007, mediation date and the October 15, 2007, deadline for scheduling depositions. Dr. Sukys is available October 17, 2007, and Dr. Mekhail's availability is still being determined[1]. The parties request a two-week extension, until October 30, 2007, in which to conclude their discovery. The parties assure the Court that no other established date will be disturbed by this extension.

In consideration of all which, the Joint Motion to Continue Discovery Cutoff an Additional Two Weeks is, hereby, **GRANTED**. The parties have to and including October 30, 2007, by which to schedule and complete the depositions of Drs. Sukys and Mekhail and complete discovery.

---

[1] Dr. Hershfield has left the country and is not expected to return until January, 2008.

It is so **ORDERED**.

The Clerk is directed to provide a copy of this Order to counsel of record.

DATED: September 14, 2007.

*/s/ John S. Kaull*
JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE