IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MOTORISTS MUTUAL INSURANCE COMPANY,
LORI ANDREWS, JEREMY ANDREWS,
her husband, CRYSTAL ROSETTA,,

    Plaintiffs,

v. // CIVIL ACTION NO. 5:06cv112
(Judge Keeley)

UNITED PARCEL SERVICE, INC.,
JEFFREY W. LITTLE,

    Defendants.

### ORDER CANCELLING OCTOBER 29, 2007 DAUBERT HEARING

On October 19, 2007, the plaintiffs filed a motion pursuant to Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U. S. 579 (1993), to exclude certain expert testimony. On October 23, 2007, United States Magistrate Judge John S. Kaull entered an order denying the plaintiff's motion. The parties have not filed any other Daubert motions and the time for filing such motions has passed. Due to the lack of any pending Daubert motions, the hearing in this matter currently scheduled for October 29, 2007 at 1:00 p.m. is **CANCELED**.

The Clerk is directed to transmit copies of this Order to counsel.

DATED: October 24, 2007.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE