```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**MOTORISTS MUTUAL INSURANCE COMPANY,**
**LORI ANDREWS, JEREMY ANDREWS,**
**her husband, CRYSTAL ROSETTA,,**

    **Plaintiffs,**

**v.**  //  **CIVIL ACTION NO. 5:06cv112**
                                          (Judge Keeley)

**UNITED PARCEL SERVICE, INC.,**
**JEFFREY W. LITTLE,**

    **Defendants.**

## ORDER DENYING PENDING MOTION AS MOOT

On December 21, 2007, the Court entered an order dismissing this case with prejudice. Consequently, the Court **DENIES AS MOOT** the pending motion in the case (dkt. no. 80).

The Clerk is directed to transmit copies of this Order to counsel.

DATED: January 2, 2008

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE